UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY LEE RINDAHL,<br><br>Plaintiff,<br><br>vs.<br><br>MELISSA MAGSTADT, Secretary of Department of Health; STATE OF SOUTH DAKOTA DEPARTMENT OF CORRECTIONS HEALTH SERVICES; UNKNOWN CORRECTIONAL HEALTH SERVICES CLINCIC SUPERVISOR; A. HAYNES, Medical Director; M. RECTOR, MD, Medical Provider; A. WELBIG, Certified Nurse Practitioner; S. BLACK, Certified Nurse Practitioner; J. KNUTSON, Certified Nurse Practitioner; S. GOTTSLEBEN, APRN; DESIRARE KUMMER, Registered Nurse; LISA HARLAN, Registered Nurse; LEANNE PETERSON, Registered Nurse; JOSIE RAND, Registered Nurse / X-Ray Technician; UNKNOWN JANE AND JOHN DOE NURSES; LARRY RHODEN, State of South Dakota Governor; STATE OF SOUTH DAKOTA DEPARTMENT OF CORRECTIONS; A. PIRRAGLIA, Director of Prisons; J. ROEMMICHI, Warden for SDSP; R. JOHNSTON, Facility Warden; AVERA MCKENNAN HOSPITAL (JANE/JOHN DOE PERSONNEL BOARD OF DIRECTORS / TRUSTEES); S. WOODWARD, MD, Radiology – Vice Chair of AMG Radiology; JANE / JOHN DOE, Personnel Radiologist working for Avera McKennan Hospital (7/07/2025); JANE /JOHN DOE, Personnel working for Avera McKennan Hospital; AVERA ST. LUKE'S HOSPITAL (JANE / JOHN DOE PERSONNEL BOARD OF DIRECTORS / TRUSTEES); L. LENTER, MD, Radiologist; PETER WEI, MD, Radiologist; YASSINE KANAAN, MD, Radiologist; J. | 4:26-CV-04024-RAL<br><br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |

| | |
|---|---|
| LUZIER, MD, Radiologist; JANE /JOHN DOE, Personnel working for Avera St. Luke's Hospital; AVERA LINCOLN COUNTY (JANE / JOHN DOE PERSONNEL BOARD OF DIRECTORS / TRUSTEE); JANE / JOHN DOE, Personnel Radiologist working for Avera Lincoln County (1/31/2025 & 12/19/2025),<br><br>                   Defendants. | |

Plaintiff Randy Lee Rindahl, an inmate at the South Dakota State Penitentiary, filed a pro se lawsuit under 42 U.S.C. § 1983. Doc. 1. Rindahl filed a motion for leave to proceed in forma pauperis and provided a completed prisoner trust account report. Docs. 2, 3.

Under 28 U.S.C. § 1915(g):

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Rindahl has filed more than three previous cases in the District of South Dakota that have been dismissed as frivolous, malicious, or lacking merit. See Rindahl v. Avera Med. Group, 17-CV-4104-RAL, Doc. 9 at 2 (D.S.D. Nov. 14, 2017) (referencing five previous cases filed by Rindahl dismissed as "strikes" under 28 U.S.C. § 1915(g)). Rindahl is "barred from filing a federal civil case unless he pays the filing fee in full or alleges imminent danger of serious physical injury." Id. After a review of his complaint, this Court finds that Rindahl has alleged imminent danger of serious physical injury by a very thin margin. See generally Doc. 1.

The fact that Rindahl narrowly meets the exception in § 1915(g) does not excuse him from paying a filing fee, but instead means that he may "pay the filing fee in installments rather than up front[.]" Ashley v. Dilworth, 147 F.3d 715, 717 (8th Cir. 1998) (per curiam); see also Henderson

v. Norris, 129 F.3d 481, 483 (8th Cir. 1997) (per curiam) ("[w]hen an inmate seeks pauper status,

the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a

period of time under an installment plan.") (alteration in original) (quoting McGore v.

Wrigglesworth, 114 F.3d 601, 604 (6th Cir. 1997)).

The initial partial filing fee that accompanies an installment plan is calculated according

to 28 U.S.C. § 1915(b)(1), which requires a payment of 20 percent of the greater of:

(A)    the average monthly deposits to the prisoner's account; or
(B)    the average monthly balance in the prisoner's account for the 6-month
period immediately preceding the filing of the complaint or notice of appeal.

Rindahl reports an average monthly balance for the past six months in his prisoner trust account

of $9.79 and an average monthly deposit of $172.50. Doc. 3 at 1. Based on this information, the

Court grants Rindahl leave to proceed in forma pauperis, but he must pay an initial partial filing

fee of $34.50 (20 percent of his average monthly deposits). See Lightfeather v. Lancaster Cnty.,

No. 8:22CV247, 2022 WL 17363248, at *5–6 (D. Neb. Dec. 1, 2022) (undertaking analysis for

whether a plaintiff allowed to proceed under the imminent danger exception owes an initial partial

filing fee); see also Morrall v. Ga. Dep't of Corr., 5:25-CV-258-TES-CHW, 2025 WL 2427059,

at *2 (M.D. Ga. Aug. 22, 2025) (stating that "the court must assess an initial partial filing fee

based on the assets available[]" after determining that the plaintiff may proceed under the

imminent danger exception). Rindahl must pay the initial partial filing fee of **$34.50 by March

25, 2026**. His failure to pay the filing fee by March 25, 2026, will result in the dismissal without

prejudice of his complaint.

Accordingly, it is

ORDERED that Rindahl's motion for leave to proceed in forma pauperis, Doc. 2, is granted. Rindahl will make a payment of **$34.50 by March 25, 2026**, made payable to the Clerk, U.S. District Court. If Rindahl does not pay the initial partial filing fee by March 25, 2026, his complaint will be dismissed without prejudice. It is further

ORDERED that the Clerk of Court will send a copy of this order to the appropriate financial official at Rindahl's institution. It is finally

ORDERED that the institution having custody of Rindahl is directed that whenever the amount in Rindahl's trust account, exclusive of funds available to him in his frozen account, exceeds $10.00, monthly payments that equal 20 percent of the funds credited the preceding month to Rindahl's trust account shall be forwarded to the U.S. District Court Clerk's Office under 28 U.S.C. § 1915(b)(1), until the $350 filing fee is paid in full.

DATED February 23, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE