UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY LEE RINDAHL,<br><br>             Plaintiff,<br><br>vs.<br><br>MELISSA MAGSTADT, Secretary of Department of Health; STATE OF SOUTH DAKOTA DEPARTMENT OF CORRECTIONS HEALTH SERVICES; UNKNOWN CORRECTIONAL HEALTH SERVICES CLINCIC SUPERVISOR; A. HAYNES, Medical Director; M. RECTOR, MD, Medical Provider; A. WELBIG, Certified Nurse Practitioner; S. BLACK, Certified Nurse Practitioner; J. KNUTSON, Certified Nurse Practitioner; S. GOTTSLEBEN, APRN; DESIRARE KUMMER, Registered Nurse; LISA HARLAN, Registered Nurse; LEANNE PETERSON, Registered Nurse; JOSIE RAND, Registered Nurse / X-Ray Technician; UNKNOWN JANE AND JOHN DOE NURSES; LARRY RHODEN, State of South Dakota Governor; STATE OF SOUTH DAKOTA DEPARTMENT OF CORRECTIONS; A. PIRRAGLIA, Director of Prisons; J. ROEMMICHI, Warden for SDSP; R. JOHNSTON, Facility Warden; AVERA MCKENNAN HOSPITAL (JANE/JOHN DOE PERSONNEL BOARD OF DIRECTORS / TRUSTEES); S. WOODWARD, MD, Radiology – Vice Chair of AMG Radiology; JANE / JOHN DOE, Personnel Radiologist working for Avera McKennan Hospital (7/07/2025); JANE /JOHN DOE, Personnel working for Avera McKennan Hospital; AVERA ST. LUKE'S HOSPITAL (JANE / JOHN DOE PERSONNEL BOARD OF DIRECTORS / TRUSTEES); L. LENTER, MD, Radiologist; PETER WEI, MD, Radiologist; YASSINE KANAAN, MD, Radiologist; J. | 4:26-CV-04024-RAL<br><br><br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION OR TEMPORARY RESTRAINING ORDER |

LUZIER, MD, Radiologist; JANE /JOHN DOE, Personnel working for Avera St. Luke's Hospital; AVERA LINCOLN COUNTY (JANE / JOHN DOE PERSONNEL BOARD OF DIRECTORS / TRUSTEE); JANE / JOHN DOE, Personnel Radiologist working for Avera Lincoln County (1/31/2025 & 12/19/2025),

Defendants.

Plaintiff Randy Lee Rindahl, an inmate at the South Dakota State Penitentiary, has filed material that appears to be seeking a temporary restraining order and preliminary injunction in this case. Docs. 7, 7-1. His pleading does not satisfy the requirements of Fed. R. Civ. P. 65(b) for a temporary restraining order because there is no clear showing of immediate injury prior to when Defendants can be heard. Indeed, Rindahl describes the Dataphase factors in his memorandum, Doc. 7, and submits a draft order seeking to set a hearing on whether he is entitled to relief, Doc. 7-1. See Dataphase Sys., Inc. v. C L Sys., Inc., 640 F.2d 109, 113 (8th Cir. 1981) (en banc).

As for the requested hearing and preliminary injunction, Rindahl's submission seems to take issue with the selection of his cellmate. See Doc. 7 at 1–2. He references the Prison Rape Elimination Act ("PREA") but does not clearly identify a violation of the PREA. See generally Docs. 7, 7-1. Federal courts do not micromanage cell placements of state inmates. Absent clearer reasons given, it is

ORDERED that Rindahl's request for a preliminary injunction or temporary restraining order, Doc. 7, is denied.

DATED March 25, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE

2